IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3111 |
| | ) | |
| v. | ) | |
| | ) | |
| HECTOR N. CERVANTES RIVERA, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

At the court's request and with the parties' consent, the defendant's change of plea hearing is rescheduled from 2:30 P.M. to 11:30 A.M. on April 2, 2010.

DATED this 29th day of March, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge