IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3111 |
| | ) | |
| v. | ) | |
| | ) | |
| HECTOR N. CERVANTES RIVERA, | ) | ORDER GRANTING MOTION TO |
| | ) | RESTRICT |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the Motion to Restrict, filing 86, is granted.

Dated June 16, 2010.

BY THE COURT


s/ Warren K. Urbom
United States Senior District Judge