IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3111 |
| | ) | |
| V. | ) | |
| | ) | |
| HECTOR N. CERVANTES RIVERA, | ) | MEMORANDUM AND ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has filed what appears to be a motion seeking relief under Sentencing Guideline Amendment 782.  (Filing Nos. 132 and 133.)

IT IS ORDERED that this matter will be held in abeyance pursuant to General Order No. 2014-08.  The Clerk shall provide the defendant with a copy of this order and General Order No. 2014-08.  The Clerk shall also give notice of the entry of this order to the United States Attorney, to the Federal Public Defender, and to the Supervisory United States Probation Officer who handles presentence reports.

Dated October 1, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge